IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FINANCIAL FREEDOM ACQUISITION, LLC,**

**Plaintiff,**

**v.**

**UNKNOWN HEIRS AND LEGATEES OF MILDRED JEWEL BOLINGER, et al.,**

**Defendants.**                                                                                       **No. 10-866-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's Motion to Dismiss Party Defendant and Remand Case to State Court (Doc. 12). Specifically, Plaintiff seeks to dismiss the United States as a party as they are no longer a permissible party under **735 ILCS 5/15-1501(b)(7)** and remand this case back to state court. This case was originally filed as a foreclosure action in the Circuit Court for the Twentieth Judicial District, St. Clair County with the United States of America named as a party Defendant. On November 1, 2010, the United States of America removed the case to this Court under **28 U.S.C. §§1444 and 2410** as the United States, namely the Secretary of Housing and Urban Development, claimed an interest in the foreclosed property (Doc. 3). Subsequently, on November 23, 2010, the United States filed a Notice of Disclaimer and Waiver of Redemption rights disclaiming any interest in the property and waiving its redemption rights under **28 U.S.C. § 2410** (Doc. 11). The United States also stated that it would not object to this case being remanded to state court.

Thus, based on the reasons set forth in the motion, the Court **GRANTS** Plaintiff's Motion to Dismiss Party Defendant and Remand Case to State Court (Doc. 12). The Court **DISMISSES** the United States of America as a Defendant and **REMANDS** this case to the Circuit Court for the Twentieth Judicial Circuit in St. Clair County.

**IT IS SO ORDERED.**

Signed this 24th day of November, 2010.

David R. Herndon
2010.11.24
14:33:17 -06'00'

**Chief Judge**
**United States District Court**